A CERTIFIED TRUE COPY
NOV -8 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 14 PM 12:51

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-28)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,862 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

05-1269



Inasmuch as no objection is pending at this time, the stay is lifted.

NOV -8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
NOV 22 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD                                       JACKSON        (731) 421-9200
CLERK OF COURT                                        FAX            (731) 421-9210

December 22, 2005

Ms. Loretta G. Whyte, Clerk
United States District Court
500 Poydras St., Ste. C-151
New Orleans, LA  70130

RE: Case     #05-1255, Paslay v. Merck,  ED of LA #05-3902 L (3)
             #05-1169, Thomason v. Merck,  ED of LA #05-3900 L (3)

Dear Ms. Whyte:

Pursuant to the Orders of Transfer on the above-styled cases, please find enclosed a certified copy of the Notice of Removal, lower court complaint, docket sheet, MDL transfer order and a copy of the transfer letter to the transferor court, for each case.  Please indicate receipt of this correspondence on the enclosed copy of this letter and return to our office in the enclosed self-addressed stamped envelope.  Thank you.

THOMAS M. GOULD, CLERK

By:     *[signature]*
        Emily J. Smith
        Case Manager

262 U.S. COURTHOUSE
111 S. HIGHLAND
JACKSON, TENNESSEE  38301

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

December 7, 2005

Robert DiTrolio, Clerk
United States District Court
Western District of Tennessee
111 S. Highland
Jackson, TN 38301

RECEIVED 05 DEC 13 PM 3:12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

In Re: MDL 1657 Vioxx Products Liability Litigation     Your Case No. C.A. 1:05-1269 Janie A.
                                                        Thomason v. Merck & Co., Inc.
                                                        Our Case No. C.A. 05-5680 L (3)

Dear Mr. DiTrolio:

Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. Our office has assigned a new civil action number to this case as referenced above.

**DO NOT FORWARD THE ORIGINAL RECORD.** The Honorable Eldon E. Fallon, U.S. District Court Judge issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

**Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.** Your prompt attention in this matter is greatly appreciated.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By_____
Deputy Clerk

05-1269
Enclosures

cc: Judicial Panel on Multidistrict Litigation

SCHEDULE CTO-28 TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **TENNESSEE EASTERN** | | |
| TNE  1  05-258 | Linda Humphries, etc. v. Merck & Co., Inc. | 05-5672 |
| TNE  1  05-260 | Linda M. Farrow, et al. v. Merck & Co., Inc. | 05-5673 |
| TNE  2  05-248 | Patsy K. Presnell, et al. v. Merck & Co., Inc. | 05-5674 |
| TNE  2  05-249 | Mark Hall, et al. v. Merck & Co., Inc. | 05-5675 |
| TNE  2  05-250 | Norma R. Cornwell v. Merck & Co., Inc. | 05-5676 |
| TNE  2  05-251 | Larry Mercer, et al. v. Merck & Co., Inc. | 05-5677 |
| TNE  2  05-253 | Jerry B. Gilmer, et al. v. Merck & Co., Inc. | 05-5678 |
| **TENNESSEE MIDDLE** | | |
| TNM  3  05-727 | Eugene Frontauria v. Merck & Co., Inc. | 05-5679 |
| **TENNESSEE WESTERN** | | |
| TNW  1  05-1269 | Janie A. Thomason v. Merck & Co., Inc., et al. | 05-5680 |
| **TEXAS SOUTHERN** | | |
| TXS  2  05-474 | Amelia Villarreal, et al. v. Merck & Co., Inc. | 05-5681 |
| TXS  4  05-3272 | Muriel L. Hawthorne v. Merck & Co., Inc. | 05-5682 |
| **UTAH** | | |
| UT  2  05-773 | Gary H. Bird, etc. v. Merck & Co., Inc. | 05-5683 |
| **WASHINGTON EASTERN** | | |
| WAE  2  05-5092 | Richard Lawrence, et al. v. Merck & Co., Inc. | 05-5684 |

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01269 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT